RUNDELL, Appellant, *v.* COLE, Respondent.

*(Supreme Court, General Term, Third Department.* September 25, 1890.)

No opinion. Judgment affirmed, with costs.

---

THOMPSON *et al. v.* DATOR *et al.*

*(Supreme Court, General Term, Third Department.* September 25, 1890.)

No opinion. Motion to modify denied, with $10 costs. See 10 N. Y. Supp. 613.

---

WALLACE *et al.*, Respondents, *v.* GRANGE, Appellant.

*(Supreme Court, General Term, Third Department.* September 25, 1890.)

No opinion. Judgments affirmed, with costs.

---

ARMSTRONG, Respondent, *v.* GERMANIA FIRE INS. CO., Appellant.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment affirmed, with costs.

---

BRIGGS *v.* AUSTIN *et al.*

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Motion denied, without costs. See 5 N. Y. Supp. 952; 8 N. Y. Supp. 786.

---

BUTLER, Appellant, *v.* CITY OF OSWEGO *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Motion for reargument denied. MERWIN, J., not sitting. See 8 N. Y. Supp. 114, 941; 10 N. Y. Supp. 768.

---

CALLAGHAN, Respondent, *v.* NEW YORK CENT. & H. R. R. Co. *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order affirmed, with costs.

---

CARTER, Respondent, *v.* BECKWITH *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Leave granted to appeal to the court of appeals on the ground that a question of law is involved which ought to be reviewed by the court.

---

DIKE, Appellant, *v.* KILBOURN, Respondent.

*(Supreme Court, General Term, Fourth Department.* September 20, 1890.)

No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. *Held,* that it was a question of fact for the jury whether defendant obtained or held possession of the premises in question under or by virtue of any valid agreement with the plaintiff; and, also whether the agreement or consent were invalid by reason of fraud, want of capacity in plaintiff, or want of delivery or consideration therefor.